IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nike, Inc. | |
| Plaintiff, | No. C 07-01525 SBA |
| v. | **ORDER** |
| Ata Salem, an individual and d/b/a Rubin's Imports and Does 1 - 10, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for June 20, 2007 at 3:15 p.m. shall be CONTINUED to **July 25, 2007 at 3:45 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.

IT IS SO ORDERED.

Dated: 6-4-07

SAUNDRA BROWN ARMSTRONG
United States District Judge