J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
450 N. Brand Blvd., Suite 600
Glendale, California  91203-2349
Telephone:  (818) 291-6444
Facsimile:  (818) 291-6446

Attorneys for Plaintiff Nike, Inc.

Henry O. Schaefer (SBN 168784)
Taghi Astanehe (SBN 236334)
Law Offices of Astanehe & Schaefer
819 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 771-6174
Facsimile:   (415) 474-3748

Attorneys for Defendant Ata
Salem, an individual
and d/b/a Rubin's Imports

Muhammad Salem,
an individual and d/b/a Rubin's Imports,

Defendant in *pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nike, Inc. | Case No. CV07-1525 SBA |
| Plaintiff, | JOINT STIPULATION RE ENTRY OF CONSENT DECREE; CONSENT DECREE AND PERMANENT  INJUNCTION |
| v. | |
| Ata Salem, an individual and d/b/a Rubin's Imports, Muhammad Salem, an individual and d/b/a Rubin's Imports and Does 2 through 10, inclusive, | |
| Defendants. | |

WHEREAS, Nike, Inc. ("Nike"), having filed a Complaint in this action charging Defendants Ata Salem, an individual and d/b/a Rubin's Imports and Muhammad Salem, an individual and d/b/a Rubin's Imports (collectively

"Defendants") with liability for trademark infringement, trademark dilution, and unfair competition, and the parties hereto desiring and having agreed to settle the controversy between them.

Nike and Defendants, by and through their respective counsels of record, stipulate and agree as follows:

1.  That a Permanent Injunction and [Proposed] Consent Decree may be entered upon the terms set forth below.

2.  Defendants stipulate not to appeal the Consent Decree entered pursuant to this Stipulation and hereby waive all rights to appeal from it.  Defendants hereby waive any rights which they may have to request or to have a new trial or any rights which they may have to otherwise challenge, directly or collaterally, the Injunction entered pursuant to the terms of this Stipulation, unless there is a breach by Nike of the Release and Settlement Agreement and this Stipulation.

3.  Defendants acknowledge that they have completely read the terms of this Stipulation and [Proposed] Order and fully understand the terms and consequences of the Stipulation and [Proposed] Order.

4.  The waiver by a party to this Stipulation of the performance of any covenant, condition or promise herein shall not invalidate this Stipulation nor shall any such waiver be construed as a waiver or relinquishment of the performance of any other covenant, condition or promise in this Stipulation.

5.  This Stipulation may be amended or modified only by a written instrument signed by all the Parties.

6.  The claims for relief, and each of them, alleged by Nike against Defendants, shall be dismissed with prejudice.

/ / /

/ / /

/ / /

1

2          7.  This Stipulation shall be binding on and inure to the benefit of the Parties

3     to it, their successors, heirs or assignees.

4          IT IS SO STIPULATED:

5

6     Dated: _____, 2007          J. Andrew Coombs, A Prof. Corp.

7

8                                              By: _____

9                                                   J. Andrew Coombs
                                                    Annie S. Wang
                                              Attorneys for Plaintiff Nike, Inc.

10

11    Dated: _____, 2007          Law Offices of Astanehe & Schaefer

12

13                                             By: _____

14                                                  Henry O. Schaefer
                                                    Taghi Astanehe
15                                            Attorneys for Defendant Ata Salem, an
                                              individual and d/b/a Rubin's Imports

16

17

18    Dated: _____, 2007

19

20                                             By: _____

21                                                  Muhammad Salem
                                              An individual and d/b/a Rubin's
                                              Imports
22                                            Defendant in *pro se*

23

24          The Court, having read and considered the Joint Stipulation for Permanent

25    Injunction and Dismissal that has been executed by Plaintiff Nike, Inc. ("Nike") and

26    Defendants Ata Salem, an individual and d/b/a Rubin's Imports and Muhammad

27    Salem, an individual and d/b/a Rubin's Imports (collectively "Defendants") in this

28    action, and good cause appearing therefore, hereby:

ORDERS that based on the parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)   This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to the Lanham Act, 15 U.S.C. § 1051, et seq., and 28 U.S.C. §§ 1331, 1338 and 1367.  Service of process was properly made against Defendants.

2)   Nike claims that it owns or controls the pertinent rights in and to the trademarks listed in Exhibit "A" attached hereto and incorporated herein by this reference  (The trademarks identified in Exhibit "A" are collectively referred to herein as the "Nike Trademarks").

3)   Nike has alleged that Defendants have made unauthorized uses of the Nike Trademarks or substantially similar likenesses or colorable imitations thereof.

4)   Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the Injunction are hereby restrained and enjoined from:

a)   Infringing the Nike Trademarks, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of the Nike Trademarks ("Unauthorized Products"), and, specifically from:

i)   Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of  or bear a confusing similarity to any of the Nike Trademarks;

ii)   Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce,

copy or use the likenesses of  or bear a confusing similarity to any of the
Nike Trademarks;

iii)    Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Nike, are sponsored, approved or licensed by Nike, or are affiliated with Nike;

iv)    Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Nike.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)    This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9)    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)    The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation,

1   and requesting entry of judgment against Defendants, be reopened should

2   Defendants default under the terms of the Settlement Agreement.

3   11)      This Court shall retain jurisdiction over the Defendants for the purpose of

4   making further orders necessary or proper for the construction or modification of this

5   consent decree and judgment; the enforcement hereof; the punishment of any

6   violations hereof; and for the possible entry of a further Judgment Pursuant to

7   Stipulation in this action.

8

9

10  DATED:7/24/07                                  _Sandra B Armstrong_____

11                                                 Hon. Saundra B. Armstrong

12                                                 Judge, United States District Court,
                                                   Northern District of California

13  PRESENTED BY:

14  J. Andrew Coombs, A Prof. Corp.

15

16  By: _____

17          J. Andrew Coombs
            Annie S. Wang

18  Attorneys for Plaintiff Nike, Inc.

19

20  Law Offices of Astanehe & Schaefer

21

22  By: _____

23          Henry O. Schaefer
            Taghi Astanehe

24  Attorneys for Defendant Ata
    Salem, an individual

25  and d/b/a Rubin's Imports

26  By: _____

27          Muhammad Salem,
    an individual and d/b/a Rubin's Imports,

28  Defendant in *pro se*

Nike v. Salem, et al.: Stipulation and Consent Decree          - 6 -

### EXHIBIT A

Nike Trademark Registrations

| Trademark | Registration Number | Registration Date |
|---|---|---|
| Nike® | 1,277,066 | May 8, 1984 |
| Swoosh® Design | 1,284,385 | July 3, 1984 |
| Nike® and Swoosh® Design | 1,237,469 | May 10, 1983 |
| Nike Air® | 1,571,066 | December 12, 1989 |
| Air Jordan® Design | 1,742,019 | December 22, 1992 (Class 18 and 25) |
| Just Do It® | 1,875,307 | January 24, 1995 |
| Nike® | 2,196,735 | October 13, 1998 (Class 14) |
| Nike® and Swoosh® Design | 2,209,815 | December 8, 1998 (Class 14) |
| AIR-SOLE | 1,145,812 | January 13, 1981 |
| SWOOSH | 1,200,529 | July 6, 1982 |
| NIKE | 1,214,930 | November 2, 1982 |
| NIKE AIR w/Swoosh device | 1,284,386 | July 3, 1984 |
| NIKE AIR | 1,307,123 | November 27, 1984 |
| Swoosh device on shoe | 1,323,342 | March 5, 1985 |
| Swoosh device | 1,323,343 | March 5, 1985 |
| NIKE w/Swoosh device | 1,325,938 | March 19, 1985 |
| AIR JORDAN | 1,370,283 | November 12, 1985 |
| AIR MAX | 1,508,348 | October 11, 1988 |
| AIR TRAINER | 1,508,360 | October 11, 1988 |
| Jump Man device | 1,558,100 | September 26, 1989 |
| AIR SKYLON | 1,665,479 | November 19, 1991 |
| AIR SOLO FLIGHT | 1,668,590 | December 17, 1991 |
| AIR FLIGHT | 1,686,515 | May 12, 1992 |
| AIR DESCHUTZ | 1,735,721 | November 24, 1992 |
| AIR TRAINER MAX | 1,789,463 | August 24, 1993 |
| RUNWALK device | 1,877,672 | February 7, 1995 |
| STARTER | 1,896,998 | May 30, 1995 |
| NIKE GOLF | 1,944,436 | December 26, 1995 |
| NIKE REGRIND | 2,022,321 | December 10, 1996 |
| AIRMAX in oval | 2,030,750 | January 14, 1997 |
| AIR UPTEMPO in crest | 2,032,582 | January 21, 1997 |

| | | |
|---|---|---|
| NIKE REGRIND in crest | 2,042,940 | March 11, 1997 |
| AIR with Swoosh device | 2,068,075 | June 3, 1997 |
| NIKE with Swoosh device | 2,104,329 | October 7, 1997 |
| ACG NIKE in triangle | 2,117,273 | December 2, 1997 |
| Stylized "B" | 2,476,882 | August 14, 2001 |
| NIKE ALPHA PROJECT as device | 2,517,735 | December 11, 2001 |
| Ellipses device | 2,521,178 | December 18, 2001 |
| STORM-FIT | 2,551,655 | March 26, 2002 |
| Baseballer silhouette device | 2,571,726 | May 21, 2002 |
| Reverse "Z" in rectangle device | 2,584,382 | June 25, 2002 |
| NIKE GOLF with crest | 2,628.587 | October 1, 2002 |
| WAFFLE RACER | 2,652,318 | November 19, 2002 |
| PHYLITE | 2,657,832 | December 10, 2002 |
| TRUNNER | 2,663,568 | December 17, 2002 |
| DRI-STAR | 2,691,476 | February 25, 2003 |
| BOING | 2,735,172 | July 8, 2003 |
| Swoosh with clubs crest | 2,753,357 | August 19, 2003 |
| PRESTO | 2,716,140 | May 13, 2003 |
| FOOTENT | 2,798,233 | December 23, 2003 |
| FOOTENT in device | 2,798,234 | December 23, 2003 |
| TRIAX | 2,810,679 | February 3, 2004 |
| R9 | 2,843,275 | May 18, 2004 |
| WAFFLE TRAINER | 2,893,674 | October 12, 2004 |
| THERMA-STAR | 2,960,844 | June 7, 2005 |
| NIKE SHOX | 2,970,902 | July 19, 2005 |
| STARTER | 2,971,216 | July 19, 2005 |
| Basketball player outline | 2,977,850 | July 26, 2005 |
| STAR FLEX | 3,002,455 | September 27, 2005 |
| 10//2 in rectangle | 3,057,889 | February 7, 2006 |
| NIKEFREE | 3,087,455 | May 2, 2006 |