**FILED**

JAN 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC., | No. C 07-1525 SBA |
| Plaintiff, | |
| v. | **ORDER** |
| ATA SALEM, et.al., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT defendants Ata Salem and Muhammad Salem shall both **personally appear** at the hearing scheduled in this matter for January 29, ~~2007~~ 2008 at 1:00 p.m. Defense counsel is further ORDERED to provide a copy of this Order to **both** defendants, and to relay to them that their attendance is required at the hearing.

IT IS SO ORDERED.

Dated: 1-25-08

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NIKE INC.,

        Plaintiff,

v.

ATA SALEM et al,

        Defendant.
_____/

Case Number: CV07-01525 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Annie S Wang
J. Andrew coombs, A.P.C.
517 E. Wilson Avenue
Suite 202
Glendale, CA 91206

Henry Otto Schaefer
Law Offices of Astanehe & Schaefer
819 Eddy St
San Francisco, CA 94109

J. Andrew Coombs M
Attorney at Law
450 N. Brand Blvd.
Suite 600
Glendale, CA 91203-2349

Taghi Astanehe
819 Eddy Street
San Francisco, CA 94109

Dated: January 25, 2008

                                      Richard W. Wieking, Clerk
                                      By: Jessie Mosley, Deputy Clerk